UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:18-CR-86 |
| | ) | |
| JUSTIN CHRISTOPHER SMITH | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Your petitioner, the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, respectfully shows:

That a Jury Trial is to be convened in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, on November 27, 2018, at 9:00 a.m., and that CARLOS LOWE, is a material witness for the Government in matters to be presented to the said Jury Trial and Motion Hearing and that CARLOS LOWE is in the custody of Washington County Detention Center, Jonesborough, Tennessee.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad testificandum to the Jailor, Washington County Detention Center, commanding him to produce said CARLOS LOWE before this Court to testify in matters to be presented to said Federal District Court and to be returned to the Jailor as soon as he is no longer needed as a witness before said Federal District Court. If the Jailor, Washington County Detention Center, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said CARLOS LOWE, into his custody and possession at said

Washington County Detention Center, and under safe and secure conduct to have his body before this Court and the said Jury Trial at the time and place aforesaid, under safe and secure conduct, and redeliver him to the Jailor, Washington County Detention Center, as aforesaid.

          J. DOUGLAS OVERBEY
          United States Attorney

By;   s/ *B. Todd Martin*
       B. TODD MARTIN
       Assistant United States Attorney