# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No.: 2:18-CR-86 |
| | ) | |
| **JUSTIN CHRISTOPHER SMITH** | ) | |

## ORDER

On the petition of the United States of America by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee,

IT IS ORDERED that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad testificandum to the Jailor, Washington County Detention Center at Jonesborough, Tennessee to bring **CARLOS LOWE** before this Court at Greeneville, Tennessee, on **November 27, 2018, at 9:00 a.m.**, as a witness in the Jury Trial and to be returned to said Jailor, Washington County Detention Center as soon as he is no longer needed as a witness before the said Federal Court.

And it is further ORDERED that in the event the Jailor, Washington County Detention Center, so elects, the United States Marshal for the Eastern District of Tennessee, or any duly authorized United States Marshal, is directed to receive said CARLOS LOWE into his custody and transport him to and from said Washington County Detention Center and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

s/ Clifton L. Corker
CLIFTON L. CORKER
U.S. Magistrate Judge