District Court Clerk,

FILED

SEP 0 8 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

8-28-22

Justin Christopher Smith
Case # 2:18-cr-00086-RLJ-CRW-1

I've requested the following documents about 40

days ago and have yet to recieve them.

1.) an updated Docket sheet (28-2255)

2.) Pre-sentence Docket sheet from 6-15-18 thru 8-29-19

3.) _____  _____ need to Know if you recieved
my last two motion's to Lift stay.

Thank You for your time

in this matter...

P.S. Im currently pending a

transfer, so plse check and

see where Im now Located.

before you send me anything.

Respectfully

Justin C. Smith

Justin C. Smith # 53312-074
Federal Correctional Institution
Coleman Medium
P/o Box 1032
Coleman, FL. 33521

United States District Court Clerk
220 West Depot ST. (suite 200)
Greeneville, TN. 37743